IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01419-ZLW-MEH

CLYDE E. SAVAGE,

    Plaintiff,

v.

STEVEN HARTLEY, and
COLORADO ATTORNEY GENERAL,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, September 25, 2007.**

    Petitioner's Motion to Defer Ruling [Filed September 21, 2007; Docket #20] is **granted**. Petitioner shall file his Traverse on or before **October 8, 2007**.